# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES JR, | CASE NO. 1:09-cv-00154 DLB PC |
| Plaintiff, | ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| D. HICIMBOTHOM, et al., | |
| Defendants. | (Doc. 12) |

Plaintiff Larry Giraldes Jr ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a First Amended Complaint on September 8, 2009. The Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants D. Hicimbothom, R. Chavez, D. Ortiz, L. Nelson, B. Trimble, M. Robicheaux, L. Cano and J. Jones for retaliation, in violation of the First Amendment..[1] Fed. R. Civ. P. 8(a); <u>Erickson v. Pardus</u>, 127 S.Ct. 2197, 2200 (2007); <u>Alvarez v. Hill</u>, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        D. HICIMBOTHOM

---

[1] In an order issued separately, defendants Adams and Santoro were dismissed based on Plaintiff's failure to state any claims against them.

1

|   |   |   |
|---|---|---|
| 1 | | R. CHAVEZ |
| 2 | | D. ORTIZ |
| 3 | | L. NELSON |
| 4 | | B. TRIMBLE |
| 5 | | M. ROBICHEAUX |
| 6 | | L. CANO |
| 7 | | J. JONES |

2. The Clerk of the Court shall send Plaintiff eight (8) USM-285 forms, eight (8) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed September 8, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.    Completed summons;

    b.    One completed USM-285 form for each defendant listed above; and

    c.    Nine (9) copies of the endorsed complaint filed September 8, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **November 9, 2009**                    **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE