# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, JR., | CASE NO. 1:09-cv-00154-SKO PC |
| Plaintiff, | ORDER GRANTING REQUEST TO CONDUCT DEPOSITION VIA VIDEO CONFERENCE |
| v. | (Doc. 25) |
| D. HICIMBOTHOM, et al., | |
| Defendants. | |

Plaintiff Larry Giraldes, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 15, 2010, Defendants filed a request for permission to conduct Plaintiff's deposition via video conference. Plaintiff has not filed an opposition to Defendants' request. Under Federal Rule of Civil Procedure 30(b)(4), the Court may order that a deposition be taken by remote means. Accordingly, it is HEREBY ORDERED that Defendants' request for permission to conduct Plaintiff's deposition via video conference is GRANTED.

IT IS SO ORDERED.

**Dated:  June 28, 2010**              /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE

1