# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, JR., | CASE NO. 1:09-cv-00154-SKO PC |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| D. HICIMBOTHOM, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Larry Giraldes, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 13, 2010, Plaintiff and Defendants filed a joint stipulation for voluntary dismissal of this action with prejudice.

Accordingly, it is HEREBY ORDERED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

**Dated:    September 7, 2010            _____/s/ Sheila K. Oberto_____**
UNITED STATES MAGISTRATE JUDGE